UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 5:17-cr-54-FDW |
| v. | ) | |
| | ) | |
| TIMOTHY JAMES BREWER | ) | |
| | ) | |

## PROPOSED ORDER OF RESTITUTION

THIS MATTER is before the Court on the Government's Motion for Final Determination of Restitution (Doc. No. 39), filed on April 26, 2019. Defendant has not timely responded to the Government's Motion. Upon consideration of the Government's Motion and the record before the Court from Defendant's sentencing on January 31, 2019, the Government's Motion is granted.

IT IS THEREFORE ORDERED:

1. Having determined the amount of restitution owed and the identity of the victim, Defendant shall make restitution, pursuant to 18 U.S.C. § 3663A, as directed to the Clerk of Court, United States District Court, to be paid to the Catawba County Lodge of the Fraternal Order of Police, Lodge No. 26, in the amount of $72,503.52.

2. The victim's recovery is limited to the amount of its loss and the defendant's liability for restitution ceases if and when the victim receives full restitution.

The Clerk of Court shall prepare an Amended Judgment reflecting such Order of Restitution.

Signed: May 31, 2019

_____
Frank D. Whitney
Chief United States District Judge